AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Ramon Antonio Peralta Valdez
20 Custer Street
Lawrence, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ04-M-205 JLA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 8, 2002 in Essex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make a false statement in an application for passport with intent to secure issuance of a passport under the authority of the United States for his use, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws.

in violation of Title 18 United States Code, Section(s) 1542

I further state that I am a(n) DSS Special Agent and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-10-2004                                    at              Boston, MA
Date                                                          City and State

Joyce London Alexander
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Terry Arnold, having been duly sworn, hereby depose and state as follows:

1. I am a special agent of the United States Department of State, Diplomatic Security Service ("DSS") and have been so employed for the past two years. As part of my official duties, I am assigned to investigate persons who have provided or included false information in passport applications.

2. I make this affidavit in support of a criminal complaint charging Ramon Antonio Peralta Valdez, a/k/a Rafael Perez, a/k/a Hector Rodriguez, with making false statements in an application for a United States Passport, in violation of Title 18, United States Code, Section 1542.

3. The information set forth in this affidavit is based on information provided by specialists at the Boston Passport Agency, special agents of the Department of Immigration and Customs Enforcement, officers of the Lawrence, Massachusetts, Police Department, specialists at the Federal Bureau of Investigation Fingerprint Laboratory, as well as information gathered through my own investigation. It does not contain all of the information known to me or other law enforcement agencies concerning this investigation. Rather, it contains information sufficient to establish probable cause to support the issuance of a criminal complaint.

4. On or about January 8, 2002, an individual identifying himself as Hector Carmelo Rodriguez Cruz ("applicant") submitted an application ("the Rodriguez application") for a United States Passport at the Lawrence, Massachusetts Post Office. A copy of the Rodriguez application is appended hereto as exhibit A. In support of his application, the applicant provided a Massachusetts identification card and a Puerto Rican birth certificate. Furthermore, the applicant signed the application in the presence of the passport application clerk, attesting that all of the information provided was true. The applicant also submitted, as required, two copies of passport-styled photographs.

5. As part of routine procedure, the applicant was checked for local arrests. A check with the Lawrence Police Department revealed that a Hector Rodriguez was arrested on February 19, 1999 for distribution of a controlled substance within a school zone. The fingerprints from this 1999 arrest were then submitted to the FBI. According to fingerprint specialists at the FBI, the fingerprints taken from Hector Rodriguez on February 19, 1999, belonged to a Rafael Perez.

6. A check of the Interstate Identification Index revealed that the same Rafael Perez had also been arrested by the Hyattsville, Maryland Police Department on August 18, 1993. A booking and arrest photograph provided by the Hyattsville Police Department depicts the same individual pictured on the Rodriguez

application.

7. Further investigation revealed that the same individual had been arrested by the Department of Immigration and Customs Enforcement. According to ICE records, Rafael Perez's real name is Ramon Antonio Peralta Valdez ("Valdez"). A photograph of Valdez provided by ICE depicts the same individual pictured on the Rodriguez application. ICE records also revealed that Valdez was born on November 10, 1960, in the Dominican Republic. ICE records also reveal that Valdez was issued social security number 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 for work purposes when he first entered the United States. ICE records further reveal that Valdez had been deported to the Dominican Republic on June 10, 1998.

8. On his January 8, 2002, passport application, Valdez listed his place of birth as Puerto Rico, his date of birth as July 16, 1966, and his social security number as 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.

9. Based on the above information, I believe probable cause exists to conclude that on January 8, 2002, Ramon Antonio Peralta Valdez willfully and knowingly made false statements in an application for a United States Passport, with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, all in violation of Title 18, United States Code, Section 1542.

Terry Arnold
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn and subscribed to before me this tenth day of May, 2004.

Joyce London Alexander
United States Magistrate Judge

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** STATE DEPARTMENT

**City** Lawrence     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Ramon Antonio Peralta Valdez     **Juvenile** ☐ Yes  ☒ No

**Alias Name** Hector Rodriguez, Rafael Perez

**Address** 20 Custer Street, Lawrence, MA

**Birth date:** 1960   **SS#:** ***-**-1716   **Sex:** M   **Race:** Hispanic   **Nationality:** Dominican

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** William H. Connolly    **Bar Number if applicable** 634501

**Interpreter:** ☒ Yes   ☐ No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes   ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**     Ramon Antonio Peralta valdez

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1542 | False Statement in Passport Application | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**    <u>Ramon Antonio Peralta valdez</u>

JS 45.wpd - 3/13/02

# UNITED STATES DEPARTMENT OF STATE
## APPLICATION FOR [X] PASSPORT [ ] REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle):** Hector Carmelo
**LAST:** Rodriguez ~~Cruz~~

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX:** PO Box 1111   APT. #:
**CITY:** Lawrence   **STATE:** Ma
**ZIP CODE:** 01842   **COUNTRY / IN CARE OF:**

Barcode: 103831547

[ ] 5 Yr.  [X] 10 Yr.   Issue Date:
(R) D O DP
End. #   Exp.

**3. SEX:** [X] M [ ] F
**4. PLACE OF BIRTH:** Cidra, Puerto Rico
**5. DATE OF BIRTH:** 07/16/66
**6. SOCIAL SECURITY NUMBER:** 581 47 4368

**7. HEIGHT:** 5' 6"   **8. HAIR COLOR:** black   **9. EYE COLOR:** brown   **10. HOME TELEPHONE:** (978) 683-3909   **11. BUSINESS TELEPHONE:**   **12. OCCUPATION:** Chef

**13. PERMANENT ADDRESS:** 38 Tremont 2 Flr   **CITY:** Lawrence   **STATE:** MA   **ZIP CODE:** 01841

**14. FATHER'S FULL NAME:** Rodriguez Usan   **BIRTHPLACE:** Cidra PR   **BIRTHDATE:** 1949   **U.S. CITIZEN:** [ ] Yes [X] No
**15. MOTHER'S FULL MAIDEN NAME:** Cruz Teodesia   **BIRTHPLACE:** Cidra, PR   **BIRTHDATE:** 04/2/46   **U.S. CITIZEN:** [X] Yes [ ] No

**16. HAVE YOU EVER BEEN MARRIED?** [ ] Yes [X] No
**SPOUSE'S FULL NAME AT BIRTH:**   **BIRTHPLACE:**   **BIRTHDATE:**   **U.S. CITIZEN:**

**DATE OF MOST RECENT MARRIAGE:**   **WIDOWED/DIVORCED?** [ ] Yes [X] No   **17. OTHER NAMES YOU HAVE USED:**

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** [ ] Yes [X] No

**19. EMERGENCY CONTACT:**
**NAME:** Jeannette Lopez
**STREET:** 236 Hampshire St
**CITY:** Lawrence   **STATE:** Ma   **ZIP CODE:** 01841
**TELEPHONE:** (978) 683-3654   **RELATIONSHIP:** girlfriend

**20. TRAVEL PLANS:** Date of Trip: 02/14/02
**COUNTRIES TO BE VISITED:**

**21.** Applicant's Signature: Hector Rodriguez-Cruz

**22. FOR ACCEPTANCE AGENT'S USE:**
Subscribed and sworn to (affirmed) before me: 01/0 PC
Clerk of Court, Location: Lawrence MA 01842
[Stamp: MA 01842 JAN 8 2002]

**23. APPLICANT'S IDENTIFYING DOCUMENTS:**
[ ] DRIVER'S LICENSE: Learners permit   ISSUE DATE: 7/10/01   EXPIR DATE: 11-04-03   ID No: 581474368   ISSUED IN THE NAME OF: Rodriguez Hector C
[ ] PASSPORT: SS Card
[X] OTHER (Specify): Ma ID   PLACE OF ISSUE: MA

**24. FOR ISSUING OFFICE USE ONLY:**
[X] Birth Certificate (SR) CR   City Filed/Issued: 7/15/66 / 5/1/85
Bearer's Name: Hector Carmelo Rodriguez Cruz
[ ] Passport
[ ] Report of Birth
[ ] Naturalization/Citizenship Cert.
[ ] Other
[X] Seen & Returned
[ ] Attached

**25. FEE:** $35 / $45
**APPLICATION APPROVAL**