# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____ FOR _____ AT _____

LOCATION NUMBER: ▸

PERSON REPRESENTED (Show your full name): **RAMON ANTONIO PERALTA VALDEZ**

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: _____
District Court: ▸
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☒ Am Self-Employed
- Name and address of employer: **HAIRCUTTER**
- IF YES, how much do you earn per month? $ **1,200.00**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☒ (crossed) Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ **NO**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ _____ SOURCES **NONE**

CASH: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE **NO** DESCRIPTION _____

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE, **X** MARRIED, ___ WIDOWED, ___ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them:
**NICOLE PERALTA, DAUGHTER, 16**
**OSWALDO PERALTA, SON, 14**
**IN SANTO DOMINGO**

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)
APARTMENT OR HOME: **ROOM** | Creditors: _____ | Total Debt: $ _____ | Monthly Paymt.: $ **300.00**

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▸ *Ramon Ant. Peralta*
5-14-04