UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CRIM. CASE NO:   MJ04-M-205 JLA

RAMON ANTONIO PERALTA VALDEZ
    Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On May 14, 2004, the defendant in the above-entitled action appeared before this Court for the first time on a complaint charging him with 18 U.S.C. § 1542, false statements in a passport application. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney CHARLES MCGINTY of the Federal Defender Office for the District of Massachusetts be appointed, effective as of May 14, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

BY THE COURT:

/S/ Rex Brown
Rex Brown
Courtroom Clerk

May 19, 2004
Date